April 12, 1978.

M. P. No. 75-118.  In the Matter of George F. McDonald, Jr. This cause is before the court on the application of the petitioner to be reinstated as a member of the bar of this state.

After considering reasons of petitioner in support of his application, and there being no objection thereto on the part of the court's Disciplinary Board, the court is of the opinion that the disciplinary punishment heretofore meted out to petitioner has served its purpose.

Therefore, it is ORDERED, ADJUDGED AND DECREED

that the petition of George F. McDonald, Jr. for reinstatement is granted and he is hereby reinstated as a member of the bar of this state.

Mr. Chief Justice Bevilacqua and Mr. Justice Weisberger did not participate.

Mr. Justice Kelleher, dissenting.  When the petitioner first sought reinstatement, an order was entered on January 6, 1977, denying his petition, but without prejudice to his right to reapply for reinstatement on or after January 1, 1978. I dissented from the "without prejudice" portion of the order because I believed that the earliest time at which petitioner should be permitted to seek reinstatement would be on or after July 1, 1980.

I see no necessity for repeating here what I wrote in January 1977. I am still of the same mind now as I was then and wish to be recorded as dissenting from the grant of the present petition. *Toro Law Associates, Inc. Eugene F. Toro*, for petitioner.